IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#106563**

v.　　　　　　　　　No: 4:21-cv-00939 BRW-PSH

**FREEMAN,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommendation (Doc. No. 32) submitted by United States Magistrate Judge Patricia S. Harris and the objections. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Robertson's amended complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action should be considered a "strike" within the meaning of 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation and accompanying judgment would not be taken in good faith.

The motion for discovery (Doc. No. 33) is DENIED as MOOT.

IT IS SO ORDERED this 26th day of January, 2022.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE