**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL OTIS ROBERTSON**                                                    **PLAINTIFF**
**#106563**

**v.**                                  **No: 4:21-cv-00939 BRW-PSH**


**FREEMAN,** *et al.*                                                         **DEFENDANTS**

### <u>JUDGMENT</u>

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 26th day of January, 2022.

<u>/s/ Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE